CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/24/2022

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

### LYNCHBURG DIVISION

|  |  |
|---|---|
| EMILE VALENTIN DAVIS, | |
| *Petitioner*, | CASE NO. 6:22-CV-00050 |
| v. | |
| MOLISSA RENE LAKE, | |
| *Respondent.* | ORDER |

This matter is before the Court on Respondent's Motion to Dismiss, 18. For the reasons set forth in the Court's Memorandum Opinion, to follow, the Court **DENIES** the Motion.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this 24th day of October, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE