CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/22/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EMILE VALENTIN DAVIS,<br>    *Petitioner*,<br><br>v.<br><br>MOLISSA RENE LAKE,<br>    *Respondent.* | CASE NO. 6:22-CV-00050<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For reasons discussed in the accompanying opinion, the Court denies Petitioner's petition for the return of the parties' two children to Anguilla. Dkt. 1.

Because the Court ruled without need for Respondent's revised proposed findings of fact and conclusions of law, the Court finds that Respondent's motion for leave to file her Proposed Revised Declaration of Foreign Law, Dkt. 50, and Petitioner's Motion to Strike Respondent's Revised Proposed Findings of Fact and Law, Dkt. 53, are moot.

\* \* \* \*

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this **22nd** day of December, 2022.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE